UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BEMATECH HOLDINGS LLC,                                            :
:
                Plaintiff,                                    :
:     22-CV-7873 (JMF)
    -v-                                                         :
:     MEMORANDUM OPINION
TOTVS LARGE ENTERPRISE TECNOLOGIA S.A.                            :     AND ORDER
f/k/a BEMATECH S.A. et al.,                                       :
:
                Defendant.                                    :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendants' motion to join Bematech International as a Third-Party Defendant and for leave to file a third-party complaint, ECF No. 32, is GRANTED substantially for the reasons set forth in Defendants' briefs.  *See* ECF Nos. 33, 36.  The Court declines to reach Plaintiff's arguments with respect to the merits of Defendants' unjust enrichment claim and the depositions of potential witnesses.  The parties should confer as to the latter and as to whether they believe the third-party complaint warrants any changes to the existing schedule.  If any party believes that such changes are appropriate, it shall file a letter motion with the Court.  Defendants are directed to file their third-party complaint as a standalone document on ECF no later than **November 6, 2023**.  The Clerk of Court is directed to terminate ECF No. 32.

      SO ORDERED.

Dated:  November 3, 2023
           New York, New York
                                                   JESSE M. FURMAN
                                                 United States District Judge