UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEMATECH HOLDINGS LLC,

                Plaintiff,

-against-

TOTVS LARGE ENTERPRISE TECNOLOGIA S.A. f/k/a BEMATECH S.A. and TOVTS S.A.,

                Defendants.

TOTVS LARGE ENTERPRISE TECNOLOGIA S.A. f/k/a BEMATECH S.A. and TOVTS S.A.,

                Third-Party Plaintiffs,

-against-

BEMATECH INTERNATIONAL CORP.,

                Third-Party Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/16/2024

22-CV-07873 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the close of fact discovery on **May 15, 2024**.

    However, in accordance with Rule II(B)(9) of the Court's Individual Rules & Practices, it is HEREBY ORDERED that all parties shall follow the Court's procedures for post-fact-discovery communications with the Court and shall appear for a post-fact-discovery conference on **Tuesday, June 11, 2024** at **9:30 a.m.** The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The close of expert discovery, which is currently scheduled for **July 1, 2024**, shall be adjourned pending the June 11 conference. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 16, 2024
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge